UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **ROBERTO C. REYES PARRA,** | ) |
| Plaintiff, | ) Case No. EDCV 14-2571 AJW |
| v. | ) **JUDGMENT** |
| **CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is reversed, and this action is remanded to defendant for further administrative proceedings consistent with the memorandum of decision.

June 17, 2016

_____
ANDREW J. WISTRICH
United States Magistrate Judge